FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0356

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA-24-00356

MARK MULLEE,

    Appellant,

v.

WINTER SPORTS, INC. dba
WHITEFISH MOUNTAIN RESORT,

    Appellee.

**ORDER GRANTING
APPELLANT'S UNOPPOSED
MOTION FOR EXTENSION OF
TIME**

Upon review of Appellant's Unopposed Motion for Extension of Time and good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. Appellant shall file his Opening Brief on or before August 5, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc:   Ian P. Gillespie
      Mikel Moore
      Christopher Di Lorenzo

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 19 2024